## STATE *v.* CORA A. BUNDY.

(*August* 15, 1933.)

HARRINGTON, RICHARDS and REINHARDT, J. J., sitting.

*Percy Warren Green*, Attorney-General, and *Robert G. Houston*, Deputy Attorney-General, for the State.

*James M. Tunnell* for the defendant.

Court of General Sessions for Sussex County. Appeal from a Justice of the Peace, No. 3, June Term, 1933.

HARRINGTON, J., delivering the opinion of the Court:

The motion of the State to dismiss the appeal in question is granted. See *State v. Schreiber,* 5 *W. W. Harr.* (35 *Del.*) 424, 166 *A.* 669.